# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ALLEN SAWYERS,<br><br>             Petitioner,<br><br>    v.<br><br>MATTHEW MARTEL, Warden,<br><br>             Respondent. | NO. CV 08-7538 DOC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 1, 2009.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE